IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARK THOMAS,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0554

Opinion filed July 25, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Mark Thomas, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition for belated appeal is denied as untimely. See Fla. R. App. P. 9.141(c)(5)(A).

BILBREY, KELSEY, and M.K. THOMAS, JJ., CONCUR.